IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANTHONY LUJAN,

    Plaintiff,

v.

                                                                           No. 24-cv-0468-WJ-KRS

ALISHA TAFOYA, *et al*,

    Defendants.

## ORDER TO CURE DEFICIENCY

    This matter is before the Court on Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 3) (Motion).   The Motion does not include a six-month inmate account statement, as required by 28 U.S.C. § 1915(a)(2).   Plaintiff shall cure this deficiency within thirty (30) days of entry of this Order.   If Plaintiff cannot obtain a statement reflecting the full six months, based on his recent transfer, he must submit a statement that contains as many transactions as are available.   All filings should include the case number (No. 24-cv-0468-WJ-KRS) and be labelled as legal mail.  The failure to timely comply with this Order may result in dismissal without further notice.

    **IT IS ORDERED** that within thirty (30) days of entry of this Order, Plaintiff shall submit an inmate account statement as set forth above.

                                                                     /s/ Kevin Sweazea
                                                        UNITED STATES MAGISTRATE JUDGE